*PETER LAING, *Plaintiff in Error, against* THE [*487] UNITED INSURANCE COMPANY, *Defendants in Error.*

THE SAME *against* THE SAME.

THE SAME *against* THE SAME.

THESE causes were also brought before the court, by writs of error from the supreme court, (see *ante*, p. 174, 179,) and the same questions arising as in the preceding case of *Johnston and Weir* v. *Ludlow,* the judgments of the supreme court were reversed for the same reasons.

Judgment of reversal.

---

FREDERICK RHINELANDER, WM. KENYON AND OTHERS, *Plaintiffs in Error, against* JOHN JUHEL, *Defendant in Error.*

THIS cause came up on a writ of error from the supreme court; (see *ante*, p. 121,) and after argument, the court ORDERED and ADJUDGED, that the judgment of the court below be affirmed, and the record remitted, &c.

Judgment of affirmance.